HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Ben_D_Galloway@fd.org

Attorney for Defendant
LOUIS MARSH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>  v.<br><br>LOUIS MARSH,<br><br>           Defendant. | Case № 2:15-CR-101 TLN<br><br>STIPULATION AND ORDER<br>TO CONTINUE STATUS CONFERENCE<br><br>DATE:    October 8, 2015<br>TIME:    9:30 a.m.<br>JUDGE:  Hon. Troy L. Nunley |

      IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Amanda Beck, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Benjamin D. Galloway, attorney for Louis Marsh, that the status conference scheduled for October 8, 2015, be vacated and continued to October 29, 2015 at 9:30 a.m.

      Defense counsel requires additional time to review discovery with the defendant and pursue investigation, as well as continue negotiations toward a non-trial disposition.

      Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including October 29, 2015,  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

///

| | | |
|---|---|---|
| 1 | DATED: October 6, 2015 | Respectfully submitted,<br>HEATHER E. WILLIAMS<br>Federal Defender |
| | | |
| | | */s/ Benjamin D. Galloway*<br>Benjamin D. Galloway<br>Assistant Federal Defender<br>Attorney for Louis Marsh |
| 6 | DATED: October 6, 2015 | BENJAMIN B. WAGNER<br>United States Attorney |
| | | |
| | | */s/ Amanda Beck*<br>Amanda Beck<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including October 29, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered** the October 8, 2015 status conference shall be continued until October 29, 2015, at 9:30 a.m.

Dated: October 6, 2015

_____
Troy L. Nunley
United States District Judge