BENJAMIN B. WAGNER
United States Attorney
AMANDA BECK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>                    v.<br><br>LOUIS MARSH,<br><br>                         Defendant. | CASE NO.  2:15-CR-101 TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: November 5, 2015<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

### STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.     By previous order, this matter was set for status on November 5, 2015.

2.     By this stipulation, defendant now moves to continue the status conference until December 3, 2015, and to exclude time between November 5, 2015, and December 3, 2015, under Local Code T4.

3.     The parties agree and stipulate, and request that the Court find the following:

a)     The government has represented that the discovery associated with this case includes approximately 100 pages of documents; three discs containing the contents of the defendant's cellular telephone; and a Custom Kimber .45-caliber semiautomatic handgun.  All of this discovery has been either produced directly to counsel and/or made available for inspection

1    and copying.

2         b)      Counsel for defendant desires additional time to conduct investigation and

3    research related to the charges and potentially to investigate pretrial motions.  Government

4    counsel desires additional time for the same.

5         c)      Counsel for defendant believes that failure to grant the above-requested

6    continuance would deny him/her the reasonable time necessary for effective preparation, taking

7    into account the exercise of due diligence.

8         d)      The government does not object to the continuance.

9         e)      Based on the above-stated findings, the ends of justice served by continuing the

10   case as requested outweigh the interest of the public and the defendant in a trial within the

11   original date prescribed by the Speedy Trial Act.

12        f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

13   et seq., within which trial must commence, the time period of November 5, 2015 to December 3,

14   2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

15   T4] because it results from a continuance granted by the Court at defendant's request on the basis

16   of the Court's finding that the ends of justice served by taking such action outweigh the best

17   interest of the public and the defendant in a speedy trial.

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1      4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

2   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3   must commence.

4          IT IS SO STIPULATED.

5

6

Dated:  November 3, 2015                         BENJAMIN B. WAGNER

7                                               United States Attorney

8

9                                               /s/ AMANDA BECK

                                               AMANDA BECK

10                                              Assistant United States Attorney

11

Dated:  November 3, 2015                         /s/ BEN D. GALLOWAY

12                                              BEN D. GALLOWAY

                                               Counsel for Defendant

13                                              LOUIS MARSH

14

15

16

17                          **FINDINGS AND ORDER**

18          IT IS SO FOUND AND ORDERED this $\underline{3^{rd}}$ day of $\underline{November, 2015}$.

19

20

21

22                                              Troy L. Nunley

23                                              United States District Judge

24

25

26

27

28