BENJAMIN B. WAGNER
United States Attorney
AMANDA BECK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:15-CR-101 TLN |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| LOUIS MARSH, | DATE: December 3, 2015 |
| Defendant. | TIME: 9:30 a.m. |
| | COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on December 3, 2015.

2.      By this stipulation, defendant now moves to continue the status conference until December 17, 2015, at 9:30 a.m., and to exclude time between December 3, 2015, and December 17, 2015, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case includes approximately 100 pages of documents; three discs containing the contents of the defendant's cellular telephone; and a Custom Kimber .45-caliber semiautomatic handgun.  All of this discovery has been either produced directly to counsel and/or made available for inspection

and copying.  In addition, the government obtained a compact disc of recordings today that counsel expects to produce to the defense by Wednesday, December 2, 2015.

b)      Counsel for defendant desires additional time to conduct investigation and research related to the charges and potentially to investigate pretrial motions.  Government counsel desires additional time for the same.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 3, 2015 to December 17, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

///

///

///

///

///

///

///

///

///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3  must commence.

4    IT IS SO STIPULATED.

5

6

Dated:  November 30, 2015                                    BENJAMIN B. WAGNER
7                                                            United States Attorney

8
                                                            /s/ AMANDA BECK
9                                                            AMANDA BECK
                                                            Assistant United States Attorney
10

11

Dated:  November 30, 2015                                    /s/ BEN D. GALLOWAY
12                                                           BEN D. GALLOWAY
                                                            Counsel for Defendant
13                                                           LOUIS MARSH

14

15

16

17                                    **FINDINGS AND ORDER**

18    IT IS SO FOUND AND ORDERED this 1st day of December, 2015.

19

20

21

22                                                    Troy L. Nunley
                                                    United States District Judge
23

24

25

26

27

28