1  BENJAMIN B. WAGNER
   United States Attorney
2  AMANDA BECK
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:   (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO.  2:15-CR-101 GEB

12                        Plaintiff,       STIPULATION REGARDING EXCLUDABLE
                                           TIME PERIODS UNDER SPEEDY TRIAL ACT;
13                   v.                    [PROPOSED] FINDINGS AND ORDER

14  LOUIS MARSH,                           DATE: January 15, 2016
                                           TIME: 9:00 a.m.
15                        Defendant.       COURT: Hon. Garland E. Burrell, Jr.

16

17                             **STIPULATION**

18          Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19  through defendant's counsel of record, hereby stipulate as follows:

20          1.      By previous order, this matter was set for status on January 15, 2016.

21          2.      By this stipulation, defendant now moves to continue the status conference until January

22  29, 2016, and to exclude time between January 15, 2016, and January 29, 2016, under Local Code T4.

23          3.      The parties agree and stipulate, and request that the Court find the following:

24                  a)      The government has represented that the discovery associated with this case

25  includes approximately 125 pages of documents; three discs containing the contents of the

26  defendant's cellular telephone; a Custom Kimber .45-caliber semiautomatic handgun;

27  photographs, and audio from the police dispatch.  All of this discovery has been either produced

28  directly to counsel and/or made available for inspection and copying.

STIPULATION REGARDING EXCLUDABLE TIME                    1
PERIODS UNDER SPEEDY TRIAL ACT

1   b)   Counsel for defendant desires additional time to conduct investigation and

2   research related to the charges and to investigate pretrial motions.  Government counsel desires

3   additional time for the same.

4   c)   Counsel for defendant believes that failure to grant the above-requested

5   continuance would deny him/her the reasonable time necessary for effective preparation, taking

6   into account the exercise of due diligence.

7   d)   The government does not object to the continuance.

8   e)   Based on the above-stated findings, the ends of justice served by continuing the

9   case as requested outweigh the interest of the public and the defendant in a trial within the

10   original date prescribed by the Speedy Trial Act.

11   f)   For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

12   et seq., within which trial must commence, the time period of January 15, 2016 to January 29,

13   2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

14   T4] because it results from a continuance granted by the Court at defendant's request on the basis

15   of the Court's finding that the ends of justice served by taking such action outweigh the best

16   interest of the public and the defendant in a speedy trial.

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3  must commence.

4        IT IS SO STIPULATED.

5

6

7  Dated:  January 12, 2016                    BENJAMIN B. WAGNER
                                               United States Attorney

8

9                                              /s/ AMANDA BECK
                                               AMANDA BECK

10                                             Assistant United States Attorney

11

12  Dated:  January 12, 2016                   /s/ BEN D. GALLOWAY
                                               BEN D. GALLOWAY

13                                             Counsel for Defendant
                                               LOUIS MARSH

14

15

16

17                          **FINDINGS AND ORDER**

18        IT IS SO FOUND AND ORDERED.

19  Dated:  January 12, 2016

20

21

22  GARLAND E. BURRELL, JR.

23  Senior United States District Judge

24

25

26

27

28

STIPULATION REGARDING EXCLUDABLE TIME            3
PERIODS UNDER SPEEDY TRIAL ACT