BENJAMIN B. WAGNER
United States Attorney
AMANDA BECK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>LOUIS MARSH,<br><br>                              Defendant. | CASE NO.  2:15-CR-101 GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: February 12, 2016<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on February 12, 2016.

2.      By this stipulation, defendant now moves to continue the status conference until March 4, 2016, and to exclude time between February 12, 2016, and March 4, 2016, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes approximately 125 pages of documents; three discs containing the contents of the defendant's cellular telephone; a Custom Kimber .45-caliber semiautomatic handgun; photographs, and audio from the police dispatch.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

1    b)    Counsel for defendant desires additional time to conduct investigation and

2    research related to the charges and to investigate pretrial motions.  Government counsel desires

3    additional time for the same.

4    c)    Counsel for defendant believes that failure to grant the above-requested

5    continuance would deny him/her the reasonable time necessary for effective preparation, taking

6    into account the exercise of due diligence.

7    d)    The government does not object to the continuance.

8    e)    Based on the above-stated findings, the ends of justice served by continuing the

9    case as requested outweigh the interest of the public and the defendant in a trial within the

10   original date prescribed by the Speedy Trial Act.

11   f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

12   et seq., within which trial must commence, the time period of February 12, 2016 to March 4,

13   2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

14   T4] because it results from a continuance granted by the Court at defendant's request on the basis

15   of the Court's finding that the ends of justice served by taking such action outweigh the best

16   interest of the public and the defendant in a speedy trial.

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1   4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the

2 Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3 must commence.

4   IT IS SO STIPULATED.

5

6

7 Dated:  February 9, 2016        BENJAMIN B. WAGNER
                United States Attorney

8

9                /s/ AMANDA BECK
                AMANDA BECK

10               Assistant United States Attorney

11

12 Dated:  February 9, 2016       /s/ BEN D. GALLOWAY
                BEN D. GALLOWAY

13               Counsel for Defendant
               LOUIS MARSH

14

15

16

17        **FINDINGS AND ORDER**

18   IT IS SO FOUND AND ORDERED.

19 Dated:  February 11, 2016

20

21

22           GARLAND E. BURRELL, JR.

23           Senior United States District Judge

24

25

26

27

28