BENJAMIN B. WAGNER
United States Attorney
AMANDA BECK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>                   v.<br><br>LOUIS MARSH,<br><br>                          Defendant. | CASE NO.  2:15-CR-101 GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: March 18, 2016<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.     By previous order, this matter was set for status on March 18, 2016.

2.     By this stipulation, defendant now moves to continue the status conference until March 4, 2016, and to exclude time between March 18, 2016, and March 4, 2016, under Local Code T4.

3.     The parties agree and stipulate, and request that the Court find the following:

       a)     The government has represented that the discovery associated with this case includes approximately 125 pages of documents; three discs containing the contents of the defendant's cellular telephone; a Custom Kimber .45-caliber semiautomatic handgun; photographs, and audio from the police dispatch.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)      Counsel for defendant desires additional time to conduct investigation and research related to the charges and to investigate pretrial motions.  Government counsel desires additional time for the same.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 18, 2016 to March 4, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

///

///

///

///

///

///

///

///

///

///

///

1      4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

2  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3  must commence.

4          IT IS SO STIPULATED.

5

6

7  Dated:  March 18, 2016                              BENJAMIN B. WAGNER
                                                        United States Attorney

8

9                                                       /s/ AMANDA BECK
                                                        AMANDA BECK
10                                                      Assistant United States Attorney

11

12  Dated:  March 18, 2016                             /s/ BEN D. GALLOWAY
                                                        BEN D. GALLOWAY
13                                                      Counsel for Defendant
                                                        LOUIS MARSH

14

15

16

17                             **FINDINGS AND ORDER**

18          IT IS SO FOUND AND ORDERED.

19  Dated:  March 2, 2016

20

21  _____

22  GARLAND E. BURRELL, JR.
    Senior United States District Judge

23

24

25

26

27

28