**FILED**

MAR 11 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LOUIS MARSH,<br><br>Defendant. | Case №:2:15-cr-101-GEB<br><br>**PROPOSED RELEASE ORDER** |

It is ordered that the Defendant, Louis Marsh, be released forthwith on the above captioned case.

Dated: March 11, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

Proposed Release Order                                                 1