**FILED**

MAR 11 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case №:2:15-cr-101-GEB |
|---|---|---|
| Plaintiff, | ) | **PROPOSED RELEASE ORDER** |
| vs. | ) | |
| LOUIS MARSH, | ) | |
| Defendant. | ) | |

It is ordered that the Defendant, Louis Marsh, be released forthwith on the above captioned case.

Dated: March 11, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

Proposed Release Order                    1